# HOWARD M. ADELSBERG, ESQ.
ATTORNEY AT LAW
309 BARR AVENUE
WOODMERE, NEW YORK 11598
(917) 922-4079

May 19, 2021

BY ECF

Hon. Naomi Reice Buchwald
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: Robert Espriel v. Starbucks Corporation*
*Case no. 20-cv-10881(CM)(nrb)*

Dear Judge Buchwald,

When this matter was removed to Federal Court by the Defendant, both Robert Tolchin and I filed our respective Notices of Appearance on behalf of the Berkman Law Office, LLC as attorneys for the Plaintiff.

I have since terminated my association with the Berkman Law Office, LLC. It is respectfully requested that I be allowed to withdraw as Counsel of record for the plaintiff, and the Clerk be directed to terminate all ECF notifications as they pertain to this matter.

Mr. Tolchin will remain as Counsel for the Plaintiff.

Thank you for your courtesies in this matter.

Respectfully yours,

Howard M. Adelsberg

```
Application granted.
SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:  New York, New York
        May 21, 2021
```

cc. All counsel of record by ECF