

Joseph M. Hanna | Partner
Direct 716.566.5447 | jhanna@goldbergsegalla.com

July 8, 2022

*Via ECF*

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   **Re:**  **Robert Espirel v. Starbucks Corporation d/b/a Starbucks Coffee Company**
      **Case No.: 1:20-cv-10881 (NRB)(KHP)**

Dear Judge Buchwald:

  Our office represents Defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Starbucks") in this matter. We write, with plaintiff's consent, to request a brief extension of the summary judgment motion briefing schedule entered on May 23, 2022 [Dkt.# 24].

  The current schedule requires the motion to be filed by July 11, 2022, plaintiff's opposition to be filed by August 11, 2022, and reply papers to be filed by September 1, 2022.

  Starbucks respectfully requests that the briefing schedule be amended as follows:

- Summary judgment motion to be filed by July 31, 2022;
- Opposition to be filed by August 31, 2022;
- Reply papers to be filed by September 21, 2022.

*So Ordered:*
*Naomi Reice Buchwald, USDJ*
*7/11/22*

  Plaintiff has graciously consented to this 20-day extension. Should the Court need any additional information to consider this request, we would be happy to provide it. Thank you.

              Respectfully submitted,

              Joseph M. Hanna (JH2603)

Cc:

Robert J. Tolchin, Esq.

665 Main Street, Buffalo, NY 14203-1425 | 716-566-5400 | 716-566-5401 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
33434566.v1