**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROBERT ESPRIEL,

                    Plaintiff,

          -against-                                              20 **CIVIL** 10881 (NRB)

                                                                 **JUDGMENT**

STARBUCKS CORPORATION d/b/a
STARBUCKS COFFEE COMPANY,

                    Defendant.
------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum and Order dated January 10, 2023, defendant's motion for

summary judgment is granted in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

          January 10, 2023

                                                            **RUBY J. KRAJICK**

                                                     _____
                                                            **Clerk of Court**

                                          **BY:**        K. mango

                                                     _____
                                                            **Deputy Clerk**